

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Suite B-601

Denise Fredricks  500 Poydras Street  Telephone: (504) 589-7878
Clerk of Court  New Orleans, Louisiana 70130  FAX: (504) 589-7849

June 13, 2022

Ms. Carol Michel
United States District Court
Eastern District of Louisiana
500 Camp Street, Room 151
New Orleans, Louisiana 70130

## NOTICE OF APPEAL

Case Name: The Roman Catholic Church for the Archdiocese of New Orleans

Case No.: 20-10846

Dear Ms. Michel,

A Notice of Appeal (USBC Doc 1582) has been filed with this court in the above referenced Bankruptcy case. A copy of the Notice of Appeal, Order appealed, and complete docket sheet are included in this email transmission. We will transmit the complete record to you once all designations of record are filed.

The most recent filed appeal filed in this case is 21-cv-1573 T(3).

Please return a "Received" stamped copy of this transmittal letter by email reply, including the civil action number, to our court to acknowledge receipt.

Thank you for your assistance.

Sincerely,

Denise Fredricks

Denise Fredricks

By:  s/ Heather Rouchon
DEPUTY CLERK