## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| IN RE | § | CASE NO. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | |
| THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | |
| | § | |
| DEBTOR. | § | COMPLEX CASE |

## ORDER

The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor" or, prepetition, the "Archdiocese") filed for bankruptcy protection under chapter 11 of the Bankruptcy Code on May 1, 2020. On May 20, 2020, the Office of the United States Trustee ("UST") constituted the Official Committee of Unsecured Creditors (the "Committee"). [ECF Doc. 94]. The Committee is currently comprised of six holders of unsecured tort claims: James Adams, Patricia Moody, George Coulon, Theodore Jackson, Jackie Berthelot, and Eric Johnson. [ECF Doc. 478].

On August 3, 2020, this Court granted the motion for a protective order filed by the Debtor and entered a Protective Order to protect highly confidential and sensitive information from disclosure during the course of discovery. [ECF Doc. 305]. The Court amended its Protective Order several times to accommodate the needs of the parties. [ECF Docs. 729, 885 & 1120]. Paragraphs 7 and 8 of the Protective Order set forth use and disclosure limits for material designated as "Confidential" and "Confidential—Attorneys' Eyes Only." [ECF Doc. 729]. Although the Protective Order authorizes the use of confidential material for the Debtor to fulfill its fiduciary duties in its chapter 11 case and the Committee to fulfill its own responsibilities under the Bankruptcy Code, other uses are prohibited. *See id.* ¶ 7. Those prohibited uses include "without limitation any business, governmental, competitive, commercial, administrative,

**Ex. 1 Order**

publicity, press release, marketing or research purpose or function or in any other legal case, lawsuit, proceeding, investigation or otherwise except as expressly provided herein or as ordered by the Court . . . ."  *Id*.   Paragraph 9 of the Protective Order defines "Protected Material" as "Discovery Material designated by a Producing Party as 'CONFIDENTIAL' or 'CONFIDENTIAL—ATTORNEYS' EYES ONLY' under this Protective Order."  *Id*. ¶ 9.  That paragraph further provides that any Protected Material "shall not be used, directly or indirectly, by any person for any business, commercial or competitive purposes, or for any purpose whatsoever other than for Authorized Uses."  *See id*.

On January 20, 2022, the Debtor, with leave of Court, filed under seal *Debtor's Motion for Entry of an Order:  (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order*.  [ECF Doc. 1256].  On April 25, 2022, after allowing time for the Debtor and the Committee at their request to engage in limited discovery, this Court issued an Order instructing the UST to conduct an independent investigation into credible allegations regarding the intentional dissemination of highly confidential and sensitive information in violation of this Court's Protective Order by an individual or individuals associated with the Committee.  [ECF Doc. 1468].  As described in the April 25, 2022 Order, the Court was—and remains—very concerned about a willful breach of the Protective Order, as well as the timing of the breach and its negative impact on the functioning of the Committee, the rights of parties in interest in the bankruptcy process, and the ability of the parties to proceed in good-faith mediation of abuse claims asserted against the estate.

The UST submitted its thorough report to the Court under seal as instructed on June 3, 2022 (the "UST Report").  [ECF Doc. 1572].  The UST Report remains under seal at this time.

Ex. 1 Order

The Court has reviewed the UST Report and the attachments thereto, which include 78 sworn declarations; 18 transcripts of sworn examinations provided under Rule 2004 of the Federal Rules of Bankruptcy Procedure; one transcript and one summary of two unsworn telephonic interviews; and numerous documents produced to the UST pursuant to Rule 2004, including relevant telephone and text message logs, electronic transaction reports, and e-mail and letter correspondence.

The sworn testimony of attorney Richard Trahant accompanying the UST Report supports the UST's statement that Trahant serves as co-counsel with attorneys John Denenea and Soren Gisleson to represent the personal interests of four individual members of the Committee; prepetition, the three attorneys pursued those members' claims against the Archdiocese in state court.  Trahant's testimony confirmed that he, Denenea, and Gisleson practice law as a group, even though they each may be sole proprietors or partners in different law firms.

Trahant's testimony, as well as documents attached to the UST Report, also confirm the UST's finding that Trahant received confidential information produced by the Debtor in the course of discovery in this case.  Finally, Trahant's testimony and certain documents support the UST's findings that (i) Trahant had read and was bound by the Protective Order; (ii) knew that he was bound by the Protective Order; and (iii) beginning on December 31, 2021, provided on multiple occasions confidential information he received to a third party and the media in direct violation of this Court's Protective Order.  The Court finds, based on its review of Trahant's testimony, that his disclosures and violation of the Protective Order was knowing and willful.

No dispute exists that the information that reached the media was information that could not have come from any other source but the Debtor's production of discovery in this case.  Although the Court commends the UST's diligence and expeditiousness in investigating the

3

Ex. 1 Order

disclosure of highly confidential information in violation of the Protective Order, as the UST Report acknowledges, serious questions remain regarding the extent of the information that was provided to third parties and the media by Trahant and whether documents or sensitive information contained therein was also provided to the media by someone else.  The fact that no one may ever be able to uncover the extent of the breach, however, does not affect this Court's duty to protect the integrity of the bankruptcy process and enforce its own Orders.

Trahant's willful breach of this Court's Protective Order clearly disqualifies him from further receiving Protected Material in this case and participating in any confidential Committee proceedings, including meetings, deliberations, and mediation.  To be sure, Trahant has never served as a member of the Committee; yet, as personal counsel to individual Committee members, Trahant and his team of co-counsel received confidential information from the Debtor.  The Court acknowledges that individual Committee members may retain the attorney of their choosing to represent their personal interests in this chapter 11 case and have chosen Trahant and his group. This Court certainly has no intention of invading the attorney-client privilege to modulate the communications between those Committee members and their attorneys; indeed, any attempt to regulate or stop the flow of information or candor that must exist between a client and her attorney is not only a futile endeavor, but would offend a fundamental facet of effective legal representation. Thus, an impasse has been reached.

This Court must nevertheless act to protect against disruption of the bankruptcy process, to guard the rights of all parties in interest, and, most immediately in light of the current posture of this case, to preserve the trust in the confidentiality of mediation.  Given Trahant's willful breach and disregard of this Court's Protective Order and the dynamics present on the Committee, the

Ex. 1 Order

Court is forced to impute Trahant's actions to those of his clients on the Committee and finds cause for their removal from the Committee.  Therefore,

**IT IS ORDERED** that, pursuant to § 105(a),[1] and § 1102(a)(4), to prevent an abuse of process and to ensure adequate representation of creditors, the United States Trustee will immediately relieve the following members of the Committee from service on the Committee: James Adams, Theodore Jackson, Jackie Berthelot, and Eric Johnson.

**IT IS FURTHER ORDERED** that, to the extent that the United States Trustee in her discretion finds it necessary, she is free to add members to the Committee, provided that none of the conflicts identified herein exist for new Committee members; otherwise, the Committee may continue to function with its two remaining members.

**IT IS FURTHER ORDERED** that counsel for the Debtor serve this Order via first-class U.S. Mail on those parties in interest who will not receive service via this Court's CM/ECF system and file a certificate of service within three days.

The Court will issue a separate Order To Show Cause to determine appropriate sanctions for Trahant's disclosure of confidential information in violation of this Court's Protective Order.

New Orleans, Louisiana, this 7th day of June, 2022.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUTPCY COURT

---

[1]     That section of the Bankruptcy Code provides:

The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.  No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a).

Ex. 1 Order

From: Soren Gisleson
Sent: Wednesday, February 9, 2022 11:17 AM
To: Elizabeth_DeLeon@laeb.uscourts.gov; Christopher_Lamb@laeb.uscourts.gov
Cc: Mintz, Mark <mmintz@joneswalker.com>; 'Wegmann, Dirk'
<dwegmann@joneswalker.com>; Vance, Patrick <pvance@joneswalker.com>; 'Jim Stang'
<jstang@pszjlaw.com>; Andrew Caine <acaine@pszjlaw.com>; Kuebel, Rick
<rkuebel@lockelord.com>; Knapp, Bradley C. <bknapp@lockelord.com>; Richard Trahant
<trahant@trahantlawoffice.com>; Johnny Denenea <jdenenea@gmail.com>; 'Brittany Wolf'
<bwolf@gainsben.com>; Amanda.B.George@usdoj.gov
Subject: In re Archdiocese of New Orleans Bankruptcy, No. 20-10846, Friday February 11, 2022
status conference

Dear Judge Grabill's Chambers,

Please allow this email to serve as notice that Rick Trahant and myself will be attending the sealed
in camera status conference this Friday at 10:00am in our own capacities as persons who appear
to be the subject, at least in part, of the Debtor's sealed motion. (There was some uncertainty on
our part whether we could participate in the last one.) We respectfully request that a court reporter
be present at the status conference. We understand that any transcript would remain under seal
until a court orders otherwise.

To the extent we are allowed to contribute to any agenda, we would like to discuss the following
issues: (1) the Debtor providing a list of all persons (a) who had access to the Fr. ██ documents,
(b) who received a communication with the Fr. ██ documents, (c) who communicated with any
Brother Martin representative or proxy about Fr. ██, and (d) who sent the Fr. ██ documents to
any Brother Martin representative or proxy; (2) discovery of the Debtor of all issues related to the
Fr. ██ documents; (3) third party discovery of Brother Martin, its representatives, and proxies of
all issues related to Fr. ██ and (4) creating a mutually agreeable protocol for referring evidence
of criminal conduct to the appropriate authorities, whether it be local, state, and/or federal.

We have attempted on multiple occasions to conduct a meet and confer with the Debtor's counsel.
They have refused and instead suggested that we attend Friday's status conference and raise the
issues with the Court.

Please let us know if you have any questions, comments, or concerns.

Sincerely,

Soren Gisleson

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024



EXHIBIT
2

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT
☐ Please consider the environment before printing this e-mail

```
 1              UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:                    :    Case No. 20-10846

 4   THE ROMAN CATHOLIC CHURCH :    Chapter 11
     FOR THE ARCHDIOCESE OF NEW
 5   ORLEANS,                  :    New Orleans, Louisiana
                                    April 14, 2022
 6        Debtor.             :    1:31.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8
                     TRANSCRIPT OF PROCEEDINGS
 9         BEFORE THE HONORABLE MEREDITH S. GRABILL,
                UNITED STATES BANKRUPTCY JUDGE
10

11   APPEARANCES:

12   For the Debtor:          Jones Walker LLP
                              BY:  MARK A. MINTZ, ESQ.
13                                 SAMANTHA OPPENHEIM, ESQ.
                                   EDWARD DIRK WEGMANN, ESQ.
14                                 ALLISON KINGSMILL, ESQ.
                              201 St. Charles Ave., 51st Floor
15                            New Orleans, LA  70170

16   For Official Committee of Locke Lord LLP
     Unsecured Creditors:     BY:  OMER F. KUEBEL, III, ESQ.
17                                 BRADLEY C. KNAPP, ESQ.
                              601 Poydras Street, Suite 2660
18                            New Orleans, LA  70130-6036

19
     Audio Operator:          JENNIFER NUNNERY
20

21   Transcript prepared by:  JANICE RUSSELL TRANSCRIPTS
                              1418 Red Fox Circle
22                            Severance, CO  80550
                              (757) 422-9089
23                            trussell31@tdsmail.com

24
     Proceedings recorded by electronic sound recording; transcript
25   produced by transcription service.
```

EXHIBIT
___3___

```
 1   APPEARANCES (continued):

 2   For the United States      Office of the U. S. Trustee
     Trustee:                   BY:  AMANDA B. GEORGE, ESQ.
 3                              400 Poydras Street, Suite 2110
                                New Orleans, LA  70130
 4
     For the Apostolates:       Heller Draper
 5                              BY:  DOUGLAS S. DRAPER, ESQ.
                                650 Poydras Street, Suite 2500
 6                              New Orleans, LA  70130

 7   For The Catholic Mutual    Bienvenu Foster
     Relief Society of America: BY:  DAVID E. WALLE, ESQ.
 8                              1100 Poydras Street, Suite 2870
                                New Orleans, LA  70163
 9
     For Certain Survivors:     RICHARD C. TRAHANT, ESQ.
10                              2908 Hessmer Avenue
                                Metairie, LA  70002
11
                                Herman, Herman & Katz, LLC
12                              BY:  SOREN E. GISLESON, ESQ.
                                820 O'Keefe Avenue
13                              New Orleans, LA 70113

14                              Shearman-Denenea, L.L.C.
                                BY:  JOHN H. DENENEA, JR., ESQ.
15                              4240 Canal Street
                                New Orleans, LA  70119
16
     For Patricia Moody:        Gainsburgh Benjamin
17                              BY:  BRITTANY WOLF-FREEDMAN, ESQ.
                                1100 Poydras St., Suite 2800
18                              New Orleans, LA  70163

19
     ALSO PRESENT:              PATRICIA MOODY, Committee Member
20
                                JACK BERTHELOT, Committee Member
21
     APPEARANCES (via telephone):
22

23   For Official Committee of  Pachulski Stang
     Unsecured Creditors:       BY:  ANDREW W. CAINE, ESQ.
24                              10100 Santa Monica Blvd., 13 Flr.
                                Los Angeles, CA  90067
25
```

1   APPEARANCES (via telephone continued):

2   For Official Committee of        Stewart Robbins
    Unsecured Commercial             BY:  WILLIAM S. ROBBINS, ESQ.
3   Creditors:                       301 Main St., Suite 1640
                                     Baton Rouge, LA  70801-0016
4
    For Hancock Whitney Bank:        Carver Darden
5                                    BY:  DAVID F. WAGUESPACK, ESQ.
                                     1100 Poydras Street, suite 3100
6                                    New Orleans, LA  70163

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1    not.  What I'm saying is understanding how this Committee is

 2    actually working, who's doing what for who, when, where, is

 3    what the U. S. Trustee is supposed to help tell us.

 4         So we have an allegation that inappropriate contacts

 5    were made by a certain person, that that needs to be

 6    investigated.  I think it's appropriate for an order to show

 7    cause.  We have motions that explained that the, whatever the

 8    differences between state court counsel are and Committee

 9    counsel that can help be explored as well with regards to that

10    motion and the U. S. Trustee can also investigate that as well.

11         So that's what the, we asked your Honor for in the

12    status conference this morning.  I know your Honor made some

13    comments then, but I assumed she was going to make some more

14    today.

15         THE COURT:  Uh-huh (indicating an affirmative

16    response).  Well, that's true.  And, and I would agree with

17    both sets of comments.  I think that the, at this point -- and

18    it, and it's really a testament to the collaborative discovery

19    efforts between the Official Committee of Unsecured Creditors

20    and the debtor that we're where we're at now.

21         And I have seen the discovery responses from Brother

22    Martin.  I have not seen the, the declarations that were filed

23    with the Court.  I was traveling yesterday for a long time and

24    just haven't, they haven't made their way up here.  So I just

25    haven't had a chance to look at those.

1        But what I can tell you is what I've seen from the

2   Brother Martin discovery responses tells me that -- and I

3   haven't drafted it yet -- but issuing an order to show cause is

4   the right vehicle to get to the bottom of this.  Because the

5   Court is concerned and this isn't the first time that we've

6   examined the functioning of this Committee and here we are,

7   completely different issue, but it goes (1) was there violation

8   of this Court's protective order, but the bigger issue is the

9   functioning of the Committee, how it's represented its

10  constituency and, and that's why I would, I think it's the

11  proper vehicle to issue an order to show cause and ask the

12  United States Trustee as an independent investigator to look at

13  the discovery that's been collected so far and to do its own

14  independent investigation.  Because I'm in full agreement.  And

15  the word I used was "stale."  The motion that's before the

16  Court is stale.  It's just not, it's not on point anymore based

17  on the progress that we, that these parties have made.

18        So I, I would accept the debtor's withdrawal of that

19  motion.  I'll issue an order to show cause within the week and

20  we'll spell out exactly what the scope of the United States

21  Trustee's investigation should be.

22        But I think it's, this is the purview of the United

23  States Trustee.  The United States Trustee appoints the

24  committees, to a certain extent oversees the functioning of

25  these committees.  And so that's, that's always been the

 1  Court's concern, is, you know, I value and appreciate the work

 2  that all of the individual committee members do.  You represent

 3  a significant constituency in this case, particularly, but all

 4  committees do these, do this work *pro bono*, essentially.  I

 5  mean, you're not getting paid.  It's a, it's a huge time

 6  commitment and it's such important work.  And so I, I value

 7  that and in order for this process to work all of the parties

 8  in interest needs to be functioning at their best.  It doesn't

 9  -- the -- the -- the negotiation process, the litigation

10  process, you know, there's carrots and sticks, there's, there's

11  a lot of movement, bankruptcy, the process.  Because we're

12  marshaling all of the claims in one place, all of the players

13  in one place.  In order for it to work like it's intended,

14  there has to be good faith participation in the process.

15  There's got to be transparency.  We've got, you know, we've got

16  to have a certain level of trust among the parties, frankly, in

17  order to be able to see the other side, see the other person's

18  point of view, make some concessions where you can, you know,

19  go to mat where it's important.

20        But that's how the bankruptcy process works and so

21  that's why this is a very serious issue and I've only, like I

22  said, I've only seen the Brother Martin discovery so far, but

23  the implications are serious and that's why I'm inviting the

24  U. S. Trustee to the table at this point.

25        So I'll issue that order to show cause and we'll move

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | **Section "A"** |
| **ORLEANS** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

---

### RECORD DESIGNATIONS AND STATEMENT OF ISSUES

### [Relates EDLA No. 22-01740]

NOW COMES Richard C. Trahant, attorney for abuse claimants and ex-committee members of the Unsecured Creditors Committee and state court sexual abuse plaintiffs James Adams, Jackie Berthelot, Eric Johnson, and Theodore Jackson ("Abuse Claimants") (EDLA Nos. 20-1353, 20-1318, 20-1356, 20-1340, respectively) who files these instant record designations in relation to *Trahant v. The Roman Catholic Church for the Archdiocese of New Orleans,* No. 22-01740 (EDLA) (Guidry, J.) pursuant to Fed. R. Bkrptcy. 8009.

The issues in the aforementioned appeal include, but are not limited to, the following:

(1)     all issues raised by the Bankruptcy Court's June 7, 2022 Order [Rec. Doc. 1574] which forms the basis of this appeal (the "Order");

(2)     all issues raised by the U.S. Trustee's Notice of Appointment of Reconstituted Official Unsecured Creditor's Committee [Rec. Doc. 1575];

(3)     all issues related to the removal of Abuse Claimants from the Unsecured Creditor's Committee;

Ex. 4 Record Designations

(4)      all issues related to the U.S. Trustee investigation, report, and related materials;

(5)      all issues related to the sealed filings in the Bankruptcy Court;

(6)      all issues related to the sealed off-record documents and proceedings considered by the Bankruptcy Court in the Order;

(7)      all issues related to the Bankruptcy Court's denial of access by Appellant to documents and proceedings on which the Court relied in the Order;

(8)      all issues related to the factual findings made, sanctions imposed, and further sanctions contemplated by the Bankruptcy Court against Appellant in the Order;

(9)      whether the Bankruptcy Court lacked jurisdiction to issue the Order;

(10)      whether the Bankruptcy Court exceeded its powers in the Order;

(11)      whether the Bankruptcy Court has no inherent power to punish for criminal contempt;

(12)      whether the Order is invalid;

(13)      whether the Order deprives Appellant of due process of law;

(14)      whether Appellant was entitled to notice and a hearing prior to the Bankruptcy Court's issuance of the Order;

(15)      whether Appellant was entitled to confront the witnesses and review the documents that the Bankruptcy Court relied on in the Order;

(16)      whether there is no evidence that Appellant allegedly violated the Bankruptcy Court's August 3, 2000 Protective Order as amended [Rec. Docs. 305, 729, 885, 1120] (the "Protective Order");

Ex. 4 Record Designations

(17)     whether the Order fails to identify any alleged violation of the Protective Order, to whom the alleged violation was made, the extent of any alleged violation, when the alleged violation occurred, the effect of the alleged violation, the document or information forming the basis of the alleged violation, whether such document or information is protected by the Protective Order, or which provisions of the Protective Order allegedly were violated;

(18)     whether there is no evidence that any alleged violation of the Protective Order was knowing or willful;

(19)     whether the evidence establishes that any alleged violation of the Protective Order was justified;

(20)     whether the sanctions the Bankruptcy Court imposed and contemplates against Appellant in the Order are the least severe sanction adequate to correct the alleged violation of the Protective Order;

(21)     all ethical issues created by or arising out of the Order;

(22)     all issues inferable from the issues listed herein;

(23)     all issues inferable from the record;

(24)     all issues that require appellate review to prevent manifest injustice or to protect the public from imminent harm.

Mover also formally designates the following documents to be made part of the aforementioned appeal:

| Entry #: | Date: | Description: |
|---|---|---|
| 1591 | 06/13/2022 | Certificate of Service of Order for the Second In Camera Hearing Transcript to Remain Under Seal. (RE: related document(s) 1576 Order) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 06/13/2022) |
| 1590 | 06/13/2022 | Certificate of Service (RE: related document(s) 1584 Motion for Authority filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1585 Motion to Expedite Hearing |

Ex. 4 Record Designations

| | | |
|---|---|---|
| | | filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 06/13/2022) |
| 1589 (Both versions) | 06/13/2022 | Order to Appear and Show Cause against Richard Trahant for violation of Protective Order. Signed on June 13, 2022 Show Cause hearing to be held on 7/25/2022 at 10:00 AM at 500 Poydras Street, Suite B-709 SECTION A. (Nunnery, J.) (Entered: 06/13/2022) |
| 1588 | 06/13/2022 | Memo to Record of Status Conference held 6/13/2022 at 9:30 a.m. (RE: (related document(s) 1578 Order Scheduling Status Conference). APPEARANCES: Mark Mintz, Dirk Wegmann, and Samantha Oppenheim, Counsel for the Debtor; Amanda George, Counsel for the United States Trustee; James Stang, Bradley Knapp, Andrew Caine, and Omer F. Kuebel III, Counsel for the Unsecured Creditor Committee; Doug Stewart, Counsel for the Official Committee of Commercial Creditors; David Waguespack, Counsel for Hancock Whitney; John Elrod, Counsel for TMI Trust Company as Indenture Trustee for Louisiana Public Facilities Authority Revenue Refunding Bonds; Douglas Draper, Counsel for the Apostolates; Joseph Mark Fisher, Counsel for Catholic Mutual Relief Society; Brittany R. Wolf-Freedman, Counsel for Patricia Moody. The parties discussed notice and service issues. (Arnold, Ellen) (Entered: 06/13/2022) |
| 1587 | 06/12/2022 | Order Granting Motion to Expedite Hearing IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 1584 Motion for Authority filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1585 Motion to Expedite Hearing filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on 6/10/2022. Hearing scheduled for 6/16/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Arnold, Ellen) (Entered: 06/12/2022) |
| 1586 | 06/11/2022 | BNC Certificate of Mailing - PDF Document(RE: (related document(s) 1578 Order Scheduling Status Conference) Notice Date 06/11/2022. (Admin.) (Entered: 06/11/2022) |
| 1582 | 06/10/2022 | Emergency Notice of Appeal to District Court Relates to Rec. Doc. 1574. Fee Amount $298. Filed by Paul M Sterbcow (RE: (related document(s) 1574 Order, 1580 Notice of Appeal filed by Creditor Abuse Claimants and Ex-Committee members of the Unsecured Creditors Committee) Appellant Designation due by 06/24/2022. (Trahant, Richard) (Entered: 06/10/2022) |

Ex. 4 Record Designations

| 1580 | 06/10/2022 | Emergency Notice of Appeal to District Court Relates to Rec. Docs. 1574 & 1575. Fee Amount $298. Filed by Abuse Claimants and Ex-Committee members of the Unsecured Creditors Committee (RE: (related document(s) 1574 Order) Appellant Designation due by 06/24/2022. (Gisleson, Soren) (Entered: 06/10/2022) |
|------|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1576 | 06/08/2022 | Order for the Second In Camera Hearing Transcript to remain under seal for an additional ninety days. IT IS FURTHER ORDERED that Debtor's counsel shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on June 8, 2022 (RE: related document(s) 1414 Order Continuing Status Conference, 1468 Order) (Nunnery, J.) (Entered: 06/08/2022) |
| 1575 | 06/07/2022 | Notice of Appointment of Reconstituted Creditor's Committee Filed by Office of the U.S. Trustee (U.S. Trustee, Office of the) (Entered: 06/07/2022) |
| 1574 | 06/07/2022 | Order in response to UST Report IT IS FURTHER ORDERED that Counsel for Debtor shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on June 7, 2022 (RE: related document(s) 1572 UST Report filed by U.S. Trustee Office of the U.S. Trustee) (Nunnery, J.) (Entered: 06/07/2022) |
| 1572 | 06/03/2022 | Sealed Document - Acting United States Trustee's Statement of Position Concerning Violations of the Protective Order Filed by Office of the U.S. Trustee (RE: (related document(s) 1468 Order) (George, Amanda) **Received by the Court and stored in Sealed cabinet on 06/03/2022** Modified on 6/3/2022 (Rouchon, H). (Entered: 06/03/2022) |
| 1566 | 05/23/2022 | Notice of Filing of Official Transcript. Notice is given that an official transcript of the hearing held on May 19, 2022 has been filed. Pursuant to Judicial Conference policy, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. Contact the clerk's office to request a copy. Attorneys who purchase transcripts will automatically be given PACER access by the clerk's office to the electronic transcript. Notice of Intent to Request Redaction Deadline Due By 5/31/2022. Redaction Request Due By 6/13/2022. Redacted Transcript Submission Due By 6/23/2022. Transcript access will be restricted through 8/22/2022. (Nunnery, J.) (Entered: 05/23/2022) |

Ex. 4 Record Designations

| 1565 | 05/23/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1547 Order, 1560 Order, 1564 Order) (George, Amanda) (Entered: 05/23/2022) |
| 1564 | 05/23/2022 | Sealed Order on Motion for 2004 Examination Signed on May 23, 2022 (RE: related document(s) 1558 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/23/2022) |
| 1560 | 05/20/2022 | Sealed Order on Motion for 2004 Examination Signed on May 20, 2022 (RE: related document(s) 1556 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/20/2022) |
| 1558 | 05/20/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/20/2022** Modified on 5/20/2022 (Rouchon, H). (Entered: 05/20/2022) |
| 1556 | 05/20/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/20/2022** Modified on 5/20/2022 (Rouchon, H). (Entered: 05/20/2022) |
| 1547 | 05/17/2022 | Sealed Order on Motion for 2004 Examination Signed on May 17, 2022 (RE: related document(s) 1546 Generic Motion filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/17/2022) |
| 1546 | 05/17/2022 | Sealed Motion for 2004 Examination Filed by Mary S. Langston of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (Langston, Mary) **Received by the Court and stored in Sealed cabinet on 05/17/2022** Modified on 5/17/2022 (Rouchon, H). (Entered: 05/17/2022) |
| 1536 | 05/11/2022 | Order for the First In Camera Hearing Transcript to remain under seal for an additional ninety days. IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on May 11, 2022 (RE: related document(s) 1308 Order Continuing Status Conference, 1468 Order) (Nunnery, J.) (Entered: 05/11/2022) |

Ex. 4 Record Designations

| 1535 | 05/11/2022 | Order Granting Motion To Seal Document / Exhibit 1 to Supplemental Certificate of Service. IT IS FURTHER ORDERED that movant shall serve this order on the related parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 1529 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) Signed on May 11, 2022. (Nunnery, J.) (Entered: 05/11/2022) |
|------|------------|---|
| 1533 | 05/09/2022 | Notice of Filing of Official Transcript. Notice is given that an official transcript of the hearing held on April 25, 2022 has been filed. Pursuant to Judicial Conference policy, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. Contact the clerk's office to request a copy. Attorneys who purchase transcripts will automatically be given PACER access by the clerk's office to the electronic transcript. Notice of Intent to Request Redaction Deadline Due By 5/16/2022. Redaction Request Due By 5/31/2022. Redacted Transcript Submission Due By 6/9/2022. Transcript access will be restricted through 8/8/2022. (Nunnery, J.) (Entered: 05/09/2022) |
| 1529 | 05/09/2022 | Ex Parte Motion to Seal Document / Exhibit 1 to Supplemental Certificate of Service Filed by Bradley C. Knapp of Locke Lord LLP on behalf of Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Knapp, Bradley) (Entered: 05/09/2022) |
| 1528 | 05/08/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1498 Order, 1506 Order, 1507 Order, 1508 Order, 1509 Order, 1510 Order, 1511 Order, 1519 Order, 1520 Order, 1521 Order, 1522 Order, 1523 Order, 1524 Order, 1525 Order) (George, Amanda) (Entered: 05/08/2022) |
| 1525 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1518 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1524 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1517 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1523 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1516 Motion for 2004 |

Ex. 4 Record Designations

| | | Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
|---|---|---|
| 1522 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1515 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1521 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1514 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1520 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1513 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1519 | 05/05/2022 | Sealed Order on Motion for 2004 Examination Signed on May 5, 2022 (RE: related document(s) 1512 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/05/2022) |
| 1518 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1517 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1516 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1515 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the |

Ex. 4 Record Designations

| | | U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
|---|---|---|
| 1514 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1513 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1512 | 05/05/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/05/2022** Modified on 5/5/2022 (Rouchon, H). (Entered: 05/05/2022) |
| 1511 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1505 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1510 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1504 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1509 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1503 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1508 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1502 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1507 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1501 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) |

Ex. 4 Record Designations

| | | **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
|---|---|---|
| 1506 | 05/04/2022 | Sealed Order on Motion for 2004 Examination Signed on May 4, 2022 (RE: related document(s) 1500 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) **This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.** (Rouchon, H) (Entered: 05/04/2022) |
| 1505 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1504 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1503 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1502 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1501 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1500 | 05/04/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/04/2022** Modified on 5/4/2022 (Rouchon, H). (Entered: 05/04/2022) |
| 1498 | 05/03/2022 | Sealed Order on Sealed Motion for 2004 Examination Signed on May 3, 2022 (RE: related document(s) 1492 Motion for 2004 Examination filed by U.S. Trustee Office of the U.S. Trustee) *This sealed Order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.* (Rouchon, H) (Entered: 05/03/2022) |

Ex. 4 Record Designations

| 1497 | 05/03/2022 | Order Authorizing U.S. Trustee to File Under Seal Motion for Examination - Granting Supplemental Motion (RE: related document(s) 1493 Motion to Seal Document filed by U.S. Trustee Office of the U.S. Trustee) Signed on May 3, 2022. (Rouchon, H) (Entered: 05/03/2022) |
| --- | --- | --- |
| 1493 | 05/03/2022 | Supplemental Motion to Seal Document with Certificate of Service and Proposed Order Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) (Entered: 05/03/2022) |
| 1492 | 05/03/2022 | Sealed Motion for 2004 Examination Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) (Entered: 05/03/2022) |
| 1491 | 05/02/2022 | Order Authorizing U.S. Trustee To File Under Seal Motion for Examination (RE: related document(s) 1490 Motion to Seal Document filed by U.S. Trustee Office of the U.S. Trustee) Signed on May 2, 2022. (Rouchon, H) (Entered: 05/02/2022) |
| 1490 | 05/02/2022 | Ex Parte Motion to Seal Document with Certificate of Service and Proposed Order Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) **Received by the Court and stored in Sealed cabinet on 05/02/2022** Modified on 5/2/2022 (Rouchon, H). (Entered: 05/02/2022) |
| 1489 | 05/01/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1488 Order on Motion To Limit Notice) (George, Amanda) (Entered: 05/01/2022) |
| 1488 | 04/29/2022 | Order Granting United States Trustees Ex Parte Motion for Order Limiting Notice Required for FRBP 2004 Examinations Conducted Pursuant to Courts April 25, 2022 Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 1486 Motion to Limit Notice filed by U.S. Trustee Office of the U.S. Trustee) Signed on April 29, 2022. (Rouchon, H) (Entered: 04/29/2022) |
| 1487 | 04/29/2022 | Certificate of Service Filed by Office of the U.S. Trustee (RE: (related document(s) 1486 Motion to Limit Notice filed by U.S. Trustee Office of the U.S. Trustee) (George, Amanda) (Entered: 04/29/2022) |
| 1486 | 04/29/2022 | Motion to Limit Notice with Proposed Order (RE: related document(s) 1468 Order) Filed by Amanda Burnette George of Office of the U.S. Trustee on behalf of Office of the U.S. Trustee (George, Amanda) (Entered: 04/29/2022) |
| 1473 | 04/26/2022 | Withdrawal of Motion Filed by The Roman Catholic Church for the Archdiocese of New Orleans (RE: (related document(s) |

Ex. 4 Record Designations

| | | |
|---|---|---|
| | | 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) (Mintz, Mark) (Entered: 04/26/2022) |
| 1468 | 04/25/2022 | Order Regarding UST Investigation IT IS FURTHER ORDERED that the debtor shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on April 25, 2022 (RE: related document(s) 305 Order, 729 Amended Order, 885 Amended Order, 1120 Order on Motion to Amend, 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) (Rouchon, H) (Entered: 04/25/2022) |
| 1461 | 4/18/2022 | Order Granting Motion To File Documents Under Seal/ Exhibits to Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion (RE: related document(s)1437 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) Signed on April 18, 2022. (Nunnery, J.) (Entered: 04/18/2022) |
| 1460 | 04/18/2022 | Memo to Record of hearing held 4/14/2022 at 1:30 p.m. (RE: (related document(s) 804 Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order Filed by Official Committee of Unsecured Creditors, 1368 Debtor's Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to "Opt in" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief Filed by The Roman Catholic Church for the Archdiocese of New Orleans, 1381 Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates Pursuant to Federal Rule of Bankruptcy Procedure 2004 Filed by Official Committee of Unsecured Creditors, 1397 Objection with Certificate of Service Debtors Expedited Motion for Entry of an Order, Pursuant to §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019, (I) Authorizing the Debtor to Opt In to Treatment as a Participating Chartered Organization under the Boy Scouts Of America Chapter 11 Plan, to the Extent Necessary, and (II) Granting Related Relief Filed by Official Committee of Unsecured Creditors; 1418 Response filed by Interested Party Apostolates, 1423 Objection filed by Creditor Certain Abuse Victims, 1429 Order Converting Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery Into Status Conference, 1436 Notice of Agenda, |

Ex. 4 Record Designations

| | | |
|---|---|---|
| | | 1442 Amended Notice of Agenda). APPEARANCES: Mark Mintz, Dirk Wegmann, Samantha Oppenheim, and Allison Kingsmill, Counsel for the Debtor; Omer F. Kuebel, Bradly Knapp, Andrew Caine, Soren Erik Gisleson, Brittany Rose Wolf-Freedman, Richard Trahant, John H. Denenea, Counsel for the Official Committee of Unsecured Creditors, Patricia Moody and Jack Bergalot, Committee Members; Amanda George, Counsel for the United States Trustee; William Shandler Robbins, Counsel for the Unsecured Commercial Creditors Committee; Douglas Draper, Counsel for the Apostolates; David Waguespack, Counsel for Hancock Whitney Bank; David Walle, Counsel for Catholic Mutual Relief Society. For reasons stated on the record, the Court APPROVED: Debtors Motion to "Opt In" to Boy Scout Settlement; Rock Creek and BRG Fee Apps; and UCCs Rule 2004 Motion with limitations agreed upon by the parties. The Motion to Compel Debtor's Production of Documents and Privilege Log is CONTINUED to 5/19/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Arnold, Ellen) (Entered: 04/18/2022) |
| 1442 | 04/13/2022 | Notice of Agenda in re Chapter 11 Complex Case Notice of Amended Agenda The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 4/14/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 04/13/2022) |
| 1438 | 04/13/2022 | Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion Filed by Official Committee of Unsecured Creditors (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans). (Attachments: # 1 Exhibits A - M - Filed Under Seal) (Knapp, Bradley) **Received by the Court and stored in Sealed cabinet on 04/13/2022** Modified on 4/13/2022 (Rouchon, H). (Entered: 04/13/2022) |
| 1437 | 04/13/2022 | Ex Parte Motion to Seal Document / Exhibits to Notice of the Official Committee of Unsecured Creditors' Submission Regarding Sealed Motion Filed by Bradley C. Knapp of Locke Lord LLP on behalf of Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Knapp, Bradley) (Entered: 04/13/2022) |
| 1436 | 04/13/2022 | Notice of Agenda in re Chapter 11 Complex Case The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 4/14/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 04/13/2022)Em |

Ex. 4 Record Designations

| 1434 | 04/12/2022 | Certificate of Service of the Ex Parte Joint Motion to Convert Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsels Motion to Participate in Discovery Into Status Conference (Docket No. 1427) (RE: related document(s) 1427 Generic Motion filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 04/12/2022) |
|------|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1429 | 04/12/2022 | Order Converting Hearing on Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery Into Status Conference. Signed on April 12, 2022 (RE: related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe, 1349 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1427 Generic Motion filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held on 4/14/2022 at 01:30 PM at SECTION A TeleConference Line: 1-888-684-8852 Access Code 9318283. (Rouchon, H) (Entered: 04/12/2022) |
| 1427 | 04/11/2022 | Joint Motion to Convert Hearing on the Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel's Motion to Participate in Discovery into Status Conference (RE: related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe, 1349 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1359 Order to Continue Hearing on Motion) Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Mintz, Mark) (Entered: 04/11/2022) |
| 1426 | 04/11/2022 | Certificate of Service for Response Of Rock Creek Advisors, LLC To Objection Of The United States Trustee To The Firms First Interim Fee Application [Docket No. 1424] Filed by Rock Creek Advisors, LLC (RE: (related document(s) 1424 Response filed by Other Prof. Rock Creek Advisors, LLC) (Cantor, Linda) (Entered: 04/11/2022) |
| 1425 | 04/11/2022 | First Amended Notice of Hearing by 500 Poydras Street, Suite B-709 SECTION A or by TeleConference Line: 1-888-684-8852 Access Code 9318283 Filed by Official Committee of Unsecured Creditors (RE: related document(s) 1375 Application for Compensation filed by Interested Party Locke Lord LLP). Hearing scheduled for 5/19/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Knapp, Bradley) (Entered: 04/11/2022) |

Ex. 4 Record Designations

| 1424 | 04/11/2022 | Response with Certificate of Service Response Of Rock Creek Advisors, LLC To Objection Of The United States Trustee To The Firms First Interim Fee Application Filed by Rock Creek Advisors, LLC (RE: (related document(s) 1416 Objection filed by U.S. Trustee Office of the U.S. Trustee) (Cantor, Linda). Related document(s) 1378 Application for Compensation First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for the Period February 1-28, 2022 f filed by Financial Advisor Rock Creek Advisors, LLC. Modified to add link on 4/12/2022 (Rouchon, H). (Entered: 04/11/2022) |
|------|------------|---|
| 1414 | 04/07/2022 | Order Continuing In Camera Status Conference. Signed on April 7, 2022 (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held on 4/14/2022 at 09:30 AM at Hale Boggs Federal Building, Room B-741A, 500 Poydras Street. (Rouchon, H) **On 4/12/2022 the court received the transcript of the in camera status conference held 3/11/2022 and has stored it in the sealed cabinet** Modified on 4/12/2022 (Rouchon, H). **On 4/18/2022 the court received the transcript of the in camera status conference held 4/14/2022 and has stored it in the sealed cabinet** Modified on 4/19/2022 (Rouchon, H). (Entered: 04/07/2022) |
| 1359 | 03/17/2022 | Order to Continue Hearing on Motion to Participate in Discovery Signed on March 17, 2022 (RE: related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe, 1349 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Hearing scheduled for 4/14/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Nunnery, J.) (Entered: 03/17/2022) |
| 1356 | 03/16/2022 | Notice of Agenda in re Chapter 11 Complex Case The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 3/17/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 03/16/2022)Em |
| 1349 | 03/11/2022 | Sealed Objection with Certificate of Service Filed by The Roman Catholic Church for the Archdiocese of New Orleans (RE: (related document(s) 1320 Generic Motion filed by Creditor Survivor-Plaintiffs in CDC Case No. 19-11521, Creditor Ed Roe) Hearing scheduled for 3/17/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark)*Objection received by the Court and stored in Sealed cabinet on 03/10/2022** Modified on 3/15/2022 (Nunnery, J). (Entered: 03/11/2022) |

Ex. 4 Record Designations

| 1348 | 03/11/2022 | Order Granting Amended Motion of the Individual Committee Members of the Official Committee of Unsecured Creditors and Their State Court Counsel To File Under Seal the Motion of the Committee Members of the Unsecured Creditors Committee and Their State Court Counsels Motion To Participate in Discovery (RE: related document(s) 1318 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) Signed on March 11, 2022. (Rouchon, H) (Entered: 03/11/2022) |
| --- | --- | --- |
| 1347 | 03/11/2022 | Order Authorizing the Debtor to File Under Seal Objection to Motion To Participate in Discovery (RE: related document(s) 1345 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on March 11, 2022. (Rouchon, H) (Entered: 03/11/2022) |
| 1345 | 03/10/2022 | Ex Parte Motion to Seal Document Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Mintz, Mark) (Entered: 03/10/2022) |
| 1336 | 03/02/2022 | Order on the Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on March 2, 2022 (RE: related document(s)804 Motion to Compel filed by Creditor Committee Official Committee of Unsecured Creditors, 814 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 821 Reply filed by Creditor Committee Official Committee of Unsecured Creditors) Hearing scheduled for 3/17/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) (Entered: 03/02/2022) |
| 1320 | 02/22/2022 | Motion to Participate in Discovery Filed by Ed Roe, Survivor-Plaintiffs in CDC Case No. 19-11521 (Attachments: # 1 Notice of Hearing) (Wolf-Freedman, Brittany) **Motion received by the Court and stored in Sealed cabinet on 02/22/2022 & Exhibit received by the Court and stored in Sealed cabinet on 02/23/2022** (Entered: 02/22/2022) |
| 1319 | 02/21/2022 | Amended Motion with Certificate of Service CC Doe, BB Doe, Jeff Roe Filed by Ed Roe, Survivor-Plaintiffs in CDC Case No. 19-11521 (RE: (related document(s) 1318 Motion to Seal Document filed by Creditor Committee Official Committee of Unsecured Creditors) (Attachments: # 1 Proposed Order) (Wolf-Freedman, Brittany) (Entered: 02/21/2022) |

Ex. 4 Record Designations

| 1318 | 02/21/2022 | Motion to Seal Document Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Proposed Order) (Wolf-Freedman, Brittany) (Entered: 02/21/2022) |
|------|-----------|----|
| 1309 | 02/14/2022 | Certificate of Service (RE: related document(s) 1300 Brief Memorandum filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1301 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1302 Consent Order, 1303 Consent Order, 1304 Order on Application to Employ, 1306 Order on Motion to Seal Document) Filed by Lillian Jordan (Jordan, Lillian) (Entered: 02/14/2022) |
| 1308 | 02/14/2022 | Order Continuing Status Conference In Camera. Signed on February 14, 2022 (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held on 3/11/2022 at 10:00 AM at Hale Boggs Federal Building, Room B-741A, 500 Poydras Street. (Rouchon, H) **On 4/12/2022 the court received the transcript of the in camera status conference held 2/11/2022 and has stored in in the sealed cabinet** Modified on 4/12/2022 (Rouchon, H). (Entered: 02/14/2022) |
| 1306 | 02/11/2022 | Order Authorizing the Debtor to File Under Seal Certain Exhibits Filed in Support of the Debtor's Memorandum Regarding Rule 2004 Discovery Issues (RE: related document(s) 1301 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on February 11, 2022. (Rouchon, H) (Entered: 02/11/2022) |
| 1301 | 02/11/2022 | Motion to Seal Document Ex Parte Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Exhibits Filed in Support of the Debtor's Memorandum Regarding Rule 2004 Discovery Issues Filed by Allison Kingsmill of Jones Walker LLP on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Kingsmill, Allison) (Entered: 02/11/2022) |
| 1300 | 02/11/2022 | Brief Memorandum Debtor's Memorandum Regarding Rule 2004 Discovery Issues Filed by The Roman Catholic Church for the Archdiocese of New Orleans (RE: (related document(s) 1289 Order to Continue Hearing on Motion) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 - Filed Under Seal # 4 Exhibit 4 - Filed Under Seal # 5 Exhibit 5 # 6 Exhibit 6 - Filed Under Seal # 7 Exhibit 7 - Filed Under Seal # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 - Filed Under Seal) (Kingsmill, Allison) **Received by the Court and stored in Sealed cabinet on 02/11/2022** (Rouchon, H). (Entered: 02/11/2022) |

Ex. 4 Record Designations

| 1296 | 2/9/2022 | Order Regarding in camera Status Conference to be held February 11, 2022 IT IS FURTHER ORDERED that Debtor shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on February 9, 2022 (RE: related document(s)1290 Order Continuing Status Conference, 1294 Stipulation filed by Creditor Committee Official Committee of Unsecured Creditors, 1295 Order Continuing Status Conference) (Rouchon, H) Modified on 2/10/2022 to correct the date the Status Conference will held. (Arnold, Ellen). (Entered: 02/09/2022) |
|------|----------|------|
| 1295 | 2/5/2022 | Stipulated Order Regarding the Debtor's Motion for Entry of an Order: (A)Compelling Tort Committee and /or it's Counel to Answer Identified Questions, And (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order. Signed on February 8, 2022 (RE: related document(s)1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1294 Stipulation) Status Conference to be held on 2/11/2022 at 10:00 AM at 500 Poydras Street, in SECTION A. (Nunnery, J.). (Entered: 02/09/2022) |
| 1290 | 02/04/2022 | Order Continuing Status Conference In Camera. Signed on February 4, 2022 (RE: related document(s) 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1258 Status Conference) Status Conference to be held on 2/11/2022 at 10:00 AM at 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) Additional attachment(s) added on 2/4/2022 (Rouchon, H). (Entered: 02/04/2022) |
| 1258 | 01/20/2022 | Status Conference Scheduled Per Doc 1257.(RE: (related document(s) 1256 SEALED Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Status Conference to be held in camera on 1/27/2022 at 02:30 PM at 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) (Entered: 01/20/2022) |
| 1257 | 01/20/2022 | Order Continuing Hearing on UCC Motion to Compel Scheduled on January 20, 2022 and Setting Status Conference on Debtor's Sealed Motion to Compel (RE: related document(s) 804 Motion to Compel filed by Creditor Committee Official Committee of Unsecured Creditors, 814 Objection filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 821 Reply filed by Creditor Committee Official Committee of Unsecured Creditors, 909 Document filed by Creditor Committee Official Committee of Unsecured Creditors, 962 Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 1255 Order on |

Ex. 4 Record Designations

| | | Motion to Seal Document, 1256 Motion to Compel filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on January 20, 2022. Hearing scheduled for 1/27/2022 at 02:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Rouchon, H) (Entered: 01/20/2022) |
|------|------------|---|
| 1256 | 01/20/2022 | Sealed Motion to Compel Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Mintz, Mark) **Received by the Court and stored in Sealed cabinet on 01/19/2022** Modified on 1/21/2022 (Rouchon, H). (Entered: 01/20/2022) |
| 1255 | 01/19/2022 | Order Granting Motion To File Under Seal Motion to Compel (RE: related document(s) 1246 Motion to Seal Document filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on January 19, 2022. (Rouchon, H) (Entered: 01/19/2022) |
| 1247 | 01/19/2022 | Notice of Agenda in re Chapter 11 Complex Case The Roman Catholic Church for the Archdiocese of New Orleans. Hearing scheduled for 1/20/2022 at 01:30 PM by 500 Poydras Street, Suite B-709 SECTION A. (Mintz, Mark) (Entered: 01/19/2022) |
| 1246 | 01/19/2022 | Ex Parte Motion to Seal Document Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Proposed Order) (Mintz, Mark) (Entered: 01/19/2022) |
| 1120 | 10/15/2021 | Second Supplemental and Amended Protective Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 305 Protective Order, 729 Amended Protective Order, 885 Supplemental and Amended Protective Order, 1084 Motion to Amend filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) Signed on October 18, 2021. (Rouchon, H) (Entered: 10/18/2021) |
| 1084 | 09/30/2021 | Motion to Amend Joint Motion of the Debtor and the Official Committee of Unsecured Commercial Creditors for Entry of Second Supplemental and Amended Protective Order (RE: related document(s)729 Amended Order, 885 Amended Order) Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Exhibit A - Second Supplemental and Amended Protective Order) (Mintz, Mark) (Entered: 09/30/2021)Email |
| 885 | 5/24//2021 | Supplemental and Amended Protective Order IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System |

Ex. 4 Record Designations

| | | |
|---|---|---|
| | | pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on May 24, 2021 (RE: related document(s)729 Amended Order, 864 Joint Motion to Amend and Supplement Protective Order filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans) (Rouchon, H) (Entered: 05/24/2021) |
| 864 | 5/14/2021 | Joint Motion to Amend Expedited Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of Agreed Supplemental and Amended Protective Order (RE: related document(s)729 Amended Order) Filed by Mark Mintz of Jones Walker, et al on behalf of The Roman Catholic Church for the Archdiocese of New Orleans (Attachments: # 1 Exhibit A - Supplemental and Amended Protective Order) (Mintz, Mark) (Entered: 05/14/2021) |
| 745 | 02/08/2021 | Memorandum Opinion and Order. Signed on February 8, 2021 (RE: related document(s)521 Generic Motion filed by Creditor TMI Trust Company, 533 Notice filed by Creditor First Bank and Trust, 537 Stipulation filed by Creditor Committee Official Committee of Unsecured Creditors, 546 Generic Motion filed by Creditor TMI Trust Company, 574 Order to Set Hearing, 625 Response filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 626 Opposition filed by Creditor Committee Official Committee of Unsecured Creditors, 629 Objection filed by U.S. Trustee Office of the U.S. Trustee, 644 Reply filed by Creditor TMI Trust Company, 678 Brief filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 686 Brief filed by U.S. Trustee Office of the U.S. Trustee, 687 Brief filed by Creditor Committee Official Committee of Unsecured Creditors, 688 Brief Memorandum filed by Creditor TMI Trust Company, 705 Brief Memorandum filed by Creditor TMI Trust Company) (Rouchon, H) (Entered: 02/08/2021) |
| 729 | 1/25/2021 | Amended Protective Order Signed on January 25, 2021 (RE: related document(s)305 Protective Order) (Rouchon, H) (Entered: 01/25/2021) |
| 478 | 10/8/2020 | Notice of Appointment of Reconstituted Creditor's Committee Filed by Office of the U.S. Trustee (U.S. Trustee, Office of the) (Entered: 10/08/2020) |
| 305 | 8/3/2020 | Protective Order Signed on August 3, 2020 (RE: related document(s)280 Motion for Protective Order filed by Debtor The Roman Catholic Church for the Archdiocese of New Orleans, 294 Objection filed by Creditor Committee Official Committee of Unsecured Creditors) (Rouchon, H) (Entered: 08/03/2020) |

Ex. 4 Record Designations

| 94 | 5/20/2020 | Notice of Appointment of Unsecured Creditor's Committee Filed by Office of the U.S. Trustee (U.S. Trustee, Office of the) (Entered: 05/20/2020) |
| 1314 | 01/20/2022 | Transcript |
| 1364 | 03/17/2022 | Transcript |
| 1421 | 03/28/2022 | Transcript |
| 1422 | 3/31/2022 | Transcript |
| 1472 | 4/14/2022 | Transcript |
| 1533 | 4/25/2022 | Transcript |
| 1566 | 5/19/2022 | Transcript |

WHEREFORE Richard C. Trahant respectfully requests that these designations be filed into the record and transmitted to their respective cases pending before the District Court.

Dated: June 21, 2022.

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

- and -

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com

- and –

*/s/ Jack E. Morris*
_____

JACK E. MORRIS (La. Bar No. 22539)
JACK E. MORRIS, ATTORNEY AT LAW, LLC
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002

Ex. 4 Record Designations

Telephone: (504) 454-2769
Facsimile: (504) 454-3855
Email: jem@jemorrislaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby caused a copy of the foregoing *Record Designations and Statement of Issues* to be served on __June 21, 2022__ upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on __June 21, 2022__.

*/s/ Jack E. Morris*
_____
JACK E. MORRIS

Ex. 4 Record Designations