

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Suite B-601

Denise Fredricks     500 Poydras Street     Telephone: (504) 589-7878
Clerk of Court     New Orleans, Louisiana 70130     FAX: (504) 589-7849

September 1, 2022

Ms. Carol Michel
United States District Court
Eastern District of Louisiana
500 Camp Street, Room 151
New Orleans, Louisiana 70130

Re:     **COMPLETE RECORD ON APPEAL/Transmittal**

Case Name:    The Roman Catholic Church for the Archdiocese of New Orleans

U.S.B.C. Case No.: 20-10846

U.S.D.C. No.: 22-cv-1740 T(3)

Dear Ms. Michel,

    The following PDF documents will be transmitted via USB drive to District Court Intake Counter. This transmittal includes the designations filed by the Appellant and the Appellee.

- Appellant Designation List
- Appellant Designated Documents
- Appellant Designated Transcripts
- SEALED Appellant Designated Documents
- Appellant Supplemental Designation
- SEALED Appellant Supplemental Designated Documents
- Appellee Designation List
- Appellee Designated Documents
- SEALED Appellee Designated Documents
- Copy of Docket Sheet

    Thank you for your assistance.

Sincerely,

*Denise Fredricks*

Denise Fredricks

By: Heather Rouchon

DEPUTY CLERK