**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| | * | **CASE NO. 22-1740** |
| | * | |
| **IN RE ROMAN CATHOLIC CHURCH** | * | **SECT. "T", JUDGE GUIDRY** |
| **OF THE ARCHDIOCESE OF NEW** | * | |
| **ORLEANS** | * | **MAG. DIV. 3, MAG. JUDGE** |
| | * | **DOUGLAS** |
| | * | |

**MEMORANDUM IN SUPPORT**
**OF APPELLANT'S MOTION FOR ACCESS**
**TO SEALED DOCUMENTS IN APPELLATE RECORD**

**MAY IT PLEASE THE COURT:**

Appellant Richard C. Trahant, through undersigned counsel, respectfully submits this memorandum in support of his motion for an order permitting him and his undersigned counsel to access Document Nos. 34-41 and their attachments comprising sealed portions of the appellate record in this appeal from a final Order of the Bankruptcy Court. As shown herein, appellant and his undersigned counsel require access to the sealed documents in order to prepare appellant's briefs in this appeal.

On or about September 2, 2022, the Bankruptcy Court transmitted to this Court the "Complete Record on Appeal" including "designations filed by the Appellant and the Appellee" (R. Doc. 33). The transmittal refers to "SEALED Appellant Designated Documents," "SEALED Appellant Supplemental Designated Documents," and "SEALED Appellee Designated Documents," but the sealed documents are not included in the documents filed in the public record on September 2, 2022 (R. Doc. 33). Subsequently, on September 12 and September 19, 2022, the Clerk of this Court entered transactions filing Document Nos. 34-41, including 167 attachments to those

-1-

documents for a total of 175 documents, under seal without any identifying or descriptive information (R. Docs. 34-41). Presumably, the sealed documents were subject to the Bankruptcy Court's Protective Order as amended (R. Doc. 33-2 pp. 23, 51, 110, 127) and other sealing orders of the Bankruptcy Court, and are subject to this Court's sealing order dated July 6, 2022 (R. Doc. 11).

On September 19, 2022, the Clerk of this Court entered a notice that the documents comprising the appellate record "have been entered on the docket of the United States District Court for the Eastern District of Louisiana on 9/19/22 ..." (R. Doc. 42). Accordingly, pursuant to this Court's Order dated July 6, 2022 granting Mr. Trahant's motion for an expedited briefing schedule, Mr. Trahant's brief is due "within 21 days after the record is lodged ...," or by October 10, 2022 (R. Doc. 11). As of this date, however, Mr. Trahant and his undersigned counsel have no way to access the documents comprising the sealed portions of the appellate record. And although Mr. Trahant and his undersigned counsel have all signed confidentiality statements agreeing to be bound by the Bankruptcy Court's Protective Order (*attached* at Ex. A-C, respectively), have reviewed some of the sealed documents produced in the Bankruptcy Court, and are bound by the Bankruptcy Court's and this Court's sealing orders, they have no idea what the 175 sealed, unidentified documents in the appellate record contain as required to prepare their appellate briefs (R. Docs. 34-41).

For these reasons, Mr. Trahant respectfully prays that the Court issue an order permitting him and his undersigned counsel to access Document Nos. 34-41 comprising sealed portions of the appellate record in this appeal from a final Order of the Bankruptcy Court.

**RESPECTFULLY SUBMITTED,**

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
**2908 Hessmer Avenue**
**Metairie, LA 70002**
**(504) 780-9891**
**trahant@trahantlawoffice.com**

**- and -**

**PAUL M. STERBCOW (#17817)**
**Lewis, Kullman, Sterbcow & Abramson**
**601 Poydras Street, Suite 2615**
**New Orleans, Louisiana 70130**
**(504) 588-1500**
**sterbcow@lksalaw.com**

**- and -**

*/s/ Jack E. Morris*
_____
**JACK E. MORRIS (La. Bar No. 22539)**
**JACK E. MORRIS, ATTORNEY AT LAW, LLC**
**4051 Veterans Boulevard, Suite 208**
**Metairie, Louisiana 70002**
**(504) 454-2769**
**jem@jemorrislaw.com**

-3-