UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| | * | CASE NO. 22-1740 |
| | * | |
| IN RE ROMAN CATHOLIC CHURCH | * | SECT. "T", JUDGE GUIDRY |
| OF THE ARCHDIOCESE OF NEW | * | |
| ORLEANS | * | MAG. DIV. 3, MAG. JUDGE |
| | * | DOUGLAS |
| | * | |

## ORDER

Considering the Ex Parte Motion for Expedited Consideration (R. Doc. 44) filed by appellant Richard C. Trahant ("Appellant");

IT IS ORDERED that the motion is GRANTED and that any opposition to Appellant's Motion for Access to Sealed Documents In Appellate Record (R. Doc. 43) be filed on or before September 30, 2022 at 4:30 p.m., after which time Appellant's Motion for Access will be deemed submitted to the Court for decision.

New Orleans, Louisiana this 28th day of September, 2022.

_____
HON. GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE