UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| | * | CASE NO. 22-1740 |
| | * | |
| IN RE ROMAN CATHOLIC CHURCH | * | SECT. "T", JUDGE GUIDRY |
| OF THE ARCHDIOCESE OF NEW | * | |
| ORLEANS | * | MAG. DIV. 3, MAG. JUDGE |
| | * | DOUGLAS |
| | * | |

## ORDER

Considering the ex parte motion for expedited consideration (R. Doc. 48) filed by appellant Richard C. Trahant;

IT IS ORDERED that the Motion is GRANTED and that any Opposition to Appellant's Motion for Extension of Time to File Original Appellate Brief (R. Doc. 47) shall be filed before October 6, 2022, at 1:00 p.m., after which time the Motion for Extension of Time to File Original Appellate Brief will be submitted to the Court for decision.

New Orleans, Louisiana this 5th day of October, 2022.

_____
HON. GREG GERARD GUIDRY
UNITED STATES DISTRICT COURT