UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | **CIVIL ACTION**<br><br>**NO. 22-1740** |
| **(Bankruptcy No. 20-10846)** | **SECTION: T(3)** |

### ORDER

Before the Court is a Motion for Access to Sealed Documents in Appellate Record (R. Doc. 43) filed by Richard C. Trahant ("Appellant"). Therein Appellant seeks access to certain documents from the underlying bankruptcy proceeding, which are under seal, to prepare his appellate brief in this Court concerning a ruling in the Bankruptcy Court. *See* R. Doc. 43. The Roman Catholic Church of the Archdiocese of New Orleans ("Archdiocese") filed a Response to the Motion for Access. R. Doc. 46. The Response states that the Archdiocese does not oppose Appellant's request for access to the sealed materials, "provided that such documents remain under seal and subject to the Bankruptcy Court's Protective Order." R. Doc. 46. p. 1. Considering the briefing of the parties the Court will grant the Motion for Access as ordered below.

Also before the Court is Appellant's Motion for Extension of Time to File Original Appellate Brief. R. Doc. 47. The Motion for Extension is not opposed. As such, the Court will grant the Motion for Extension as ordered below.

Accordingly,

**IT IS ORDERED** that Appellant's Motion for Access to Sealed Documents in Appellate Record (R. Doc. 43) is **GRANTED** and that Appellant and his co-counsel of record are granted access to the sealed documents at R. Docs. 34 – 41 for the sole purpose of preparing Appellant's appellate brief in this Court. Access to the sealed documents is subject to strict adherence to the

Protective Order of the Bankruptcy Court, which is hereby adopted by this Court (*See* R. Docs. 305, 729, 885, & 1120 in Case No. 20-10846), as well as the Confidentiality Statements executed by Appellant, Richard C. Trahant, and his co-counsel, Paul M. Sterbcow and Jack E. Morris. *See* R. Doc. 43-3. Appellant is instructed to contact the Court's Case Manager for instructions on obtaining the sealed documents.

**IT IS FURTHER ORDERED** that Appellant's Motion for Extension of time to File Original Appellate Brief (R. Doc. 47) is **GRANTED** and that Appellant's deadline to file his appellate brief is continued from October 10, 2022, to October 31, 2022. Any appellee brief must be served and filed within 30 days after service of the appellant's brief; the appellant may serve and file a reply brief within 14 days after service of the appellee's brief. The appeal will be submitted to the Court on the briefs unless otherwise ordered by the Court.

New Orleans, Louisiana this 7th day of October, 2022.

_____
Greg Gerard Guidry
United States District Judge