UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIVIL ACTION<br><br>NO. 22-1740 |
| (Bankruptcy No. 20-10846) | SECTION: T(3) |

## ORDER

Considering the *Ex Parte Unopposed Motion for Access to Sealed Document in Appellate Record* (R. Doc. 51) filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese");

**IT IS ORDERED** that the Motion is **GRANTED** and that the Archdiocese is granted access to the sealed documents at R. Docs. 34 – 41 for the sole purpose of preparing its appellate brief in this Court. Access to the sealed documents is subject to strict adherence to the Protective Order of the Bankruptcy Court, which is hereby adopted by this Court (*See* R. Docs. 305, 729, 885, & 1120 in Case No. 20-10846). The Archdiocese is instructed to contact the Court's Case Manager to obtain the sealed documents.

New Orleans, Louisiana this 12th day of October, 2022.

_____
Greg Gerard Guidry
United States District Judge