UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| | * | CASE NO. 22-1740 |
| | * | |
| IN RE ROMAN CATHOLIC CHURCH | * | SECT. "T", JUDGE GUIDRY |
| OF THE ARCHDIOCESE OF NEW | * | |
| ORLEANS | * | MAG. DIV. 3, MAG. JUDGE |
| | * | DOUGLAS |
| | * | |

### ORDER

Considering Appellant's Ex Parte Unopposed Motion to Supplement Record (R. Doc. 53);

**IT IS ORDERED** that the Motion is GRANTED and that the Clerk of the Bankruptcy Court supplement the appellate record in this matter with the transcript identified as the April 14, 2022 transcript, BK Doc 1843-3.

New Orleans, Louisiana this 25th day of October, 2022.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**