UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | * * * * * * * * | CASE NO. 22-1740<br><br>SECT. "T", JUDGE GUIDRY<br><br>MAG. DIV. 3, MAG. JUDGE DOUGLAS |

### ORDER

Considering the "Ex Parte Motion for Leave of Court to File Principal Appellant Brief and Sealed Record Appendix Under Seal in Accordance With Protective Order and Sealing Orders" (R. Doc. 57) filed by appellant Richard C. Trahant;

IT IS ORDERED that the Motion is GRANTED and that unredacted versions of the "Principal Brief on Behalf of Appellant Richard C. Trahant" (R. Doc. 56) and "Appendix to Principal Brief on Behalf of Richard C. Trahant, Volume 2 of 2: Sealed Record" (R. Doc. 56-2) be filed UNDER SEAL.

New Orleans, Louisiana this 31st day of October, 2022.

_____
HON. GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE