# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| | Chapter 11 |
| Debtor. | |
| RICHARD C. TRAHANT, | Civil Action No. 22-1740 |
| Appellant, | Section "T-3" |
| VERSUS | Judge Greg G. Guidry |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Dana Douglas |
| Appellees. | |

## MOTION TO SUPPLEMENT THE APPELLATE RECORD

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**," "**Archdiocese**," or "**Appellee**"), pursuant to Rule 8009(e)(3) of the Federal Rules of Bankruptcy Procedure, who respectfully moves the Court for an order supplementing the record on appeal. As more fully set forth in the accompanying Memorandum in Support, the Archdiocese seeks to supplement the record with certain documents entered into the record of the U.S. Bankruptcy Court for the Eastern District of Louisiana after the parties' record designations were filed that relate directly to the issues on appeal.

[*Signature Page Follows*]

#100792087v4

Dated: November 30, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
MARK A. MINTZ (#31878)
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8368
Email: mmintz@joneswalker.com
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: dwegmann@joneswalker.com

***Counsel for Appellee, The Roman Catholic Church of the Archdiocese of New Orleans***

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Mark A. Mintz*
Mark A. Mintz