# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. | Chapter 11 |
| RICHARD C. TRAHANT, | Civil Action No. 22-1740 |
| Appellant, | Section "T-3" |
| VERSUS | Judge Greg G. Guidry |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Dana Douglas |
| Appellees. | |

## *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO SUPPLEMENT THE APPELLATE RECORD

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**," "**Archdiocese**," or "**Appellee**"), who respectfully moves the Court for expedited consideration of its *Motion to Supplement the Appellate Record* [Rec. Doc. 60] (the "**Motion to Supplement**") filed today and currently noticed for submission to the Court on December 21, 2022 at 10:00 a.m.

As detailed in the *Principal Brief of Appellee, The Roman Catholic Church of the Archdiocese of New Orleans* [Rec. Doc. 59] (the "**Archdiocese's Brief**"), also filed today, certain documents entered into the record of the U.S. Bankruptcy Court for the Eastern District of Louisiana after the parties' record designations were filed relate directly to the issues on appeal. The Archdiocese, therefore, filed the Motion to Supplement contemporaneously with the filing of the Archdiocese's Brief to request an order supplementing the appellate record with those record

#100804067v1

documents. Because the Archdiocese's Brief has been filed, expedited consideration is necessary to ensure that the relief requested in the Motion to Supplement is not rendered moot.

Accordingly, the Archdiocese respectfully requests that the Court grant this request for expedited consideration of the Motion to Supplement.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
MARK A. MINTZ (#31878)
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8368
Email: mmintz@joneswalker.com
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: dwegmann@joneswalker.com

**Counsel for Appellee, The Roman Catholic Church of the Archdiocese of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Mark A. Mintz*
Mark A. Mintz