# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. | Chapter 11 |
| RICHARD C. TRAHANT, | Civil Action No. 22-1740 |
| Appellant, | Section "T-3" |
| VERSUS | Judge Greg G. Guidry |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Dana Douglas |
| Appellees. | |

## ORDER

Considering the Ex Parte *Motion for Expedited Consideration of Motion to Supplement the Appellate Record* (the "**Motion to Expedite**") (R. Doc. 61), filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**," "**Archdiocese**," or "**Appellee**");

**IT IS ORDERED** that the Motion to Expedite is GRANTED and that any opposition to the *Motion to Supplement the Appellate Record* (R. Doc. 60) shall be filed by December 9, 2022 at 5:00 p.m., after which time the *Motion to Supplement* will be considered submitted to the Court for decision.

New Orleans, Louisiana this 1st day of December, 2022.

_____
Greg Gerard Guidry
United States District Judge