# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CASE NO. 22-1740<br><br>SECT. "T", JUDGE GUIDRY<br><br>MAG. DIV. 3, MAG. JUDGE DOUGLAS |

## EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO STRIKE APPELLEE BRIEF AND APPENDIX

NOW INTO COURT, through undersigned counsel, comes appellant Richard C. Trahant, who respectfully moves the Court for expedited consideration of his "Motion to Strike Appellee Brief and Appendix" filed today against the debtor in bankruptcy, The Roman Catholic Church of the Archdiocese of New Orleans, and currently noticed for submission to the Court on December 21, 2022 at 10:00 a.m. (R. Doc.63), on the grounds that therein appellant seeks an order striking from the record the appellee brief and appendix that the debtor in bankruptcy filed on November 30, 2022 together with a motion to supplement the record on appeal (R. Docs. 59-61), which motion to supplement this Court set for expedited consideration with a submission date of December 9, 2022 (R. Doc. 62), and that the same expedited consideration of appellant's motion to strike is necessary because both the motion to strike and the motion to supplement concern the same subject matter, and further because appellant's reply brief is currently due on December 14, 2022, as further explained in the attached memorandum in support.

RESPECTFULLY SUBMITTED,

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002

**(504) 780-9891**
**trahant@trahantlawoffice.com**

**- and -**

**PAUL M. STERBCOW (#17817)**
**Lewis, Kullman, Sterbcow & Abramson**
**601 Poydras Street, Suite 2615**
**New Orleans, Louisiana 70130**
**(504) 588-1500**
**sterbcow@lksalaw.com**

**- and -**

*/s/ Jack E. Morris*
_____
**JACK E. MORRIS (La. Bar No. 22539)**
**JACK E. MORRIS, ATTORNEY AT LAW, LLC**
**4051 Veterans Boulevard, Suite 208**
**Metairie, Louisiana 70002**
**(504) 454-2769**
**jem@jemorrislaw.com**

*Attorneys for Appellant Richard C. Trahant*