UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIVIL ACTION<br><br>NO. 22-1740 |
| (Bankruptcy No. 20-10846) | SECTION: T(3) |

### ORDER

Before the Court is an *Ex Parte* Motion for Expedited Consideration of the Motion to Strike Appellee Brief and Appendix (R. Doc. 64) filed by Richard C. Trahant ("Appellant"). Therein Appellant requests the same expedited consideration of his Motion to Strike (R. Doc. 63) that the Court previously granted for the Motion to Supplement the Appellate Record (R. Doc. 60) filed by Appellee, The Roman Catholic Church of the Archdiocese of New Orleans. The Motion to Supplement is currently set for expedited submission to the Court on December 9, 2022, at 5:00 p.m. *See* R. Doc. 62. Appellant asserts that his Motion to Strike and Appellee's Motion to Supplement concern the same subject matter and that resolution of both Motions will impact the substance of Appellant's Reply Brief. R. Docs. 64 & 64-1. The Court agrees.

Accordingly,

**IT IS ORDERED** that the submission date on Appellee's Motion to Supplement the Appellate Record (R. Doc. 60) is **CONTINUED** and **RESET** for **January 4, 2023 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the submission date on Appellant's Motion to Strike (R. Doc. 63) is **CONTINUED** and **RESET** for **January 4, 2023 at 10:00 a.m.**

Any Oppositions or Reply Memoranda related to these Motions shall be filed in compliance with the Court's Local Rules.

**IT IS FURTHER ORDERED** that the deadline for Appellant to file his Reply Brief is **CONTINUED** and will be reset upon the Court's ruling on the Motion to Supplement and Motion to Strike.

New Orleans, Louisiana this 7th day of December, 2022.

*(signature)*

Greg Gerard Guidry
United States District Judge