UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| | Chapter 11 |
| Debtor. | |
| RICHARD C. TRAHANT, | Civil Action No. 22-1740 |
| Appellant, | Section "T-5" |
| VERSUS | Judge Greg G. Guidry |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Michael B. North |
| Appellees. | |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO SUPPLEMENT THE APPELLATE RECORD

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**," "**Archdiocese**," or "**Appellee**"), who respectfully moves this Court for leave to file the attached Reply in further support of its *Motion to Supplement the Appellate Record* (the "**Motion to Supplement**") [R. Doc. 60] and in response to *Appellant's Memorandum in Opposition to Debtor in Bankruptcy's Motion to Supplement the Appellate Record* (the "**Opposition to the Motion to Supplement**") [R. Doc. 68]. The Archdiocese submits that the Reply will assist the Court in resolving the Motion to Supplement.

WHEREFORE, the Archdiocese prays that the Court grant the Archdiocese leave to file the attached reply in further support of the Motion to Supplement.

#100868330v2

Dated: January 3, 2023    Respectfully submitted,

*/s/ Mark A. Mintz*
MARK A. MINTZ (#31878)
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8368
Email: mmintz@joneswalker.com
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: dwegmann@joneswalker.com

**Counsel for Appellee, The Roman Catholic Church of the Archdiocese of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 3, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Mark A. Mintz*
Mark A. Mintz