UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | CASE NO. 22-1740 |
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | * * * * * | SECT. "T", JUDGE GUIDRY MAG. DIV. 5, MAG. JUDGE NORTH |

## ORDER

Considering the "Ex Parte Motion for Leave of Court to File Reply Memorandum in Support of Motion to Strike Appellee Brief and Appendix" (R. Doc. 69) filed by appellant Richard C. Trahant,

IT IS ORDERED that the Motion is GRANTED and appellant's reply memorandum is filed into the record.

New Orleans, Louisiana this 4th day of January, 2023.

Greg Gerard Guidry
United States District Judge