# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. | Chapter 11 |
| **RICHARD C. TRAHANT,** | Civil Action No. 22-1740 |
| Appellant, | Section "T-5" |
| VERSUS | Judge Greg G. Guidry |
| **ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al.,** | Magistrate Judge Michael B. North |
| Appellees. | |

## THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS' REPLY IN SUPPORT OF MOTION TO SUPPLEMENT THE APPELLATE RECORD

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**," "**Archdiocese**," or "**Appellee**"), who respectfully submits this Reply in further support of its *Motion to Supplement the Appellate Record* (the "**Motion to Supplement**") [R. Doc. 60] and in response to *Appellant's Memorandum in Opposition to Debtor in Bankruptcy's Motion to Supplement the Appellate Record* (the "**Opposition to the Motion to Supplement**") [R. Doc. 68], filed by Richard C. Trahant ("**Mr. Trahant**" or "**Appellant**") in the above-captioned appeal (this "**Appeal**").

The vast majority of the arguments raised in the Opposition to the Motion to Supplement were included in Mr. Trahant's *Motion to Strike Appellee Brief and Appendix* (the "**Motion to Strike**") [R. Doc. 63] and, therefore, have been addressed in the *Opposition of the Roman Catholic*

#100868330v2

*Church of the Archdiocese of New Orleans to Appellant's Motion to Strike Appellee Brief and Appendix* (the "**Opposition to the Motion to Strike**") [R. Doc. 67].[1] Although Mr. Trahant now cites *Marshall v. Gurley*, No. 17-405, 2018 U.S. Dist. LEXIS 164493 (E.D. Tex. Sept. 25, 2018) in the Opposition to the Motion to Supplement, his reliance on that decision is misplaced.

In *Marshall v. Gurley*, appellants sought to supplement the appellate record of a bankruptcy appeal with a four-page excerpt from a hearing on a motion to reopen the bankruptcy case, as well as the entire record from an underlying state court trial. No. 17-405, 2018 U.S. Dist. LEXIS 164493, at *1-2 (E.D. Tex. Sept. 25, 2018). In denying the appellants' motion to supplement and granting the appellee's motion to strike the supplemental record, the U.S. District Court for the Eastern District of Texas found that the hearing excerpt and the state court record were not material to the matter on appeal. *Id.* at *3-6. Specifically, the hearing excerpt pertained to a "separate matter" before the bankruptcy court, and the state court record was not considered by the bankruptcy court in the matters before the district court. *Id.*

Here, on the other hand, the Supplemental Record Documents *are* material to this Appeal. The Bankruptcy Court's preliminary June 7, 2022 Order finding that Mr. Trahant knowingly and willfully violated the Protective Order—which is the subject of this Appeal—is inextricably intertwined with the Bankruptcy Court's October 11, 2022 Opinion, in which the Bankruptcy Court *for the first time* imposed sanctions against Mr. Trahant. Indeed, as discussed in the Opposition to the Motion to Strike, the October 11, 2022 Opinion provides the basis for this Court's jurisdiction over *this Appeal*.[2] The balance of the Supplemental Record Documents either

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Opposition to the Motion to Strike.

[2] *See* R. Doc. 67, pp. 4-5.

2

are already included in the record on appeal in sealed, unredacted form or pertain to the Show-Cause Hearing, which this Court declined to stay in an Order entered *in this Appeal*.[3]

Additionally, unlike in *Marshall*, where the briefing of the appellee—the party opposing supplementation—was already complete, Mr. Trahant will not be prejudiced by supplementation because he will have ample opportunity to address the Supplemental Record Documents in his reply brief.

For the foregoing reasons, and the reasons discussed in the Motion to Supplement, this Court should grant the Motion to Supplement and enter an order directing that the record on appeal be supplemented with the Supplemental Record Documents.[4]

Dated: January 3, 2023

Respectfully submitted,

/s/ Mark A. Mintz
MARK A. MINTZ (#31878)
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8368
Email: mmintz@joneswalker.com
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: dwegmann@joneswalker.com

***Counsel for Appellee, The Roman Catholic Church of the Archdiocese of New Orleans***

---

[3] *See* R. Doc. 67, p. 5.

[4] As discussed in the Opposition to the Motion to Strike, even if this Court declines to supplement the record on appeal, it may nevertheless consider the Supplemental Record Documents by consolidating this Appeal with Mr. Trahant's Second Appeal or by taking judicial notice of the Supplemental Record Documents. *See* R. Doc. 67, p. 6 n.14, p. 7.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 3, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Mark A. Mintz*
Mark A. Mintz
