UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIVIL ACTION<br><br>NUMBER: 22-1740<br><br>SECTION: "T"(5) |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby recuses himself from handling the above-captioned matter. The Clerk is directed to re-allot the matter to another Magistrate Judge other than Magistrate Judge 5.

New Orleans, Louisiana, this __4th__ day of __January__, 2023.

January 04, 2023
REALLOTTED TO
**MAG 2**

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE