UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| | * | CASE NO. 22-1740 c/w 22-4101 |
| | * | |
| IN RE ROMAN CATHOLIC CHURCH | * | SECT. "T", JUDGE GUIDRY |
| OF THE ARCHDIOCESE OF NEW | * | |
| ORLEANS | * | MAG. DIV. 2, MAG. JUDGE |
| | * | CURRAULT |
| | * | |

## JOINT *EX PARTE* MOTION
## FOR EXTENSION OF BRIEFING DEADLINES
## AND FOR ACCESS TO SEALED DOCUMENTS IN APPELLATE RECORD

NOW INTO COURT, through their respective undersigned counsel, come Appellant, Richard C. Trahant, and Appellee, The Roman Catholic Church of the Archdiocese of New Orleans, who respectfully jointly move the Court for an extension of the briefing deadlines currently set in the above-captioned consolidated appeals from orders of the Bankruptcy Court, and for access to the sealed portions of the appellate record in consolidated Case No. 22-4101, as follows:

**1.**

On February 10, 2023, the Court issued an Order consolidating these appeals, ordering the parties "to submit single operative briefs addressing all issues in the consolidated appeals ...," and setting briefing deadlines of February 20, 2023 for Appellant's original brief, March 2, 2023 for Appellee's original brief, and March 6, 2023 for Appellant's reply brief (22-1740 Doc. 76; 22-4101 Doc. 4).

**2.**

Appellant and Appellee and their undersigned counsel anticipate that in order to address all issues presented in the consolidated appeals in a succinct, informative, and coherent manner that will

most effectively assist the Court in deciding the appeals, preparation of each of their consolidated briefs will require at least an additional ten (10) days beyond what the current deadlines allow.

**3.**

In addition, in order to prepare their consolidated briefs, appellant and appellee and their undersigned counsel will require access to the sealed portions of the appellate record, consisting of Docket Nos. 2-15, 2-16, and 2-17 in Civil Action No. 22-4101, for the sole purpose of preparing their appellate briefs, and subject to strict adherence to the Bankruptcy Court's Protective Order as amended (22-1740 Docs. 33-2 pp. 23, 51, 110, 127).

WHEREFORE, Appellant and Appellee respectfully jointly pray that the Court issue an Order granting the following relief:

a. Each party shall have an additional ten (10) days to file its brief, such that Appellant's original brief is due no later than March 2, 2023; Appellee's original brief is due no later than March 22, 2023; and, if necessary, Appellant's reply brief is due no later than April 3, 2023; and

b. Appellant, Appellee, and their counsel of record may receive access to the sealed portions of the appellate record, consisting of Docket Nos. 2-15, 2-16, and 2-17 in Civil Action No. 22-4101, for the sole purpose of preparing their appellate briefs. Access to the sealed documents is subject to strict adherence to the Protective Order of the Bankruptcy Court.

Dated: February 13, 2023

Respectfully submitted,

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
(504) 780-9891
trahant@trahantlawoffice.com

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
sterbcow@lksalaw.com

*/s/ Jack E. Morris*

_____
JACK E. MORRIS (La. Bar No. 22539)
JACK E. MORRIS, ATTORNEY AT LAW, LLC
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002
(504) 454-2769
jem@jemorrislaw.com

***Attorneys for Appellant Richard C. Trahant***

Dated:  February 13, 2023         Respectfully submitted,

/s/ Mark A. Mintz

_____
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
MARK A. MINTZ (#31878)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: dwegmann@joneswalker.com
Email: mmintz@joneswalker.com
Email: akingsmill@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**