UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE ROMAN CATHOLIC** | **CIVIL ACTION** |
| **CHURCH OF THE ARCHDIOCESE** | **NO: 22-1740** |
| **OF NEW ORLEANS** | **c/w 22-4101** |
| (Bankruptcy No. 20-10846) | SECTION: T(2) |

## ORDER

Before the Court is a *Joint Motion for Extension of Briefing Deadlines and for Access to Sealed Documents in Appellate Record*. R. Doc. 77 Therein, the Parties request that the appellate briefing deadlines recently set by the Court be extended by ten (10) days and that they be granted access to the sealed portions of the appellate record. Having considered the Motion, the Court will grant the request for access to the sealed portion of the record and will grant a limited extension of the briefing deadlines. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED AS MODIFIED BELOW**;

Appellant's Original Brief shall be filed on or before February 24, 2023 at 4:00 p.m.;

Appellee's Original Brief shall be filed on or before March 6, 2023 at 4:00 p.m.; and

Appellant's Reply Brief, if any, shall be filed on or before March 10, 2023 at 12:00 p.m.

**IT IS FURTHER ORDERED** that the Parties, through counsel of record, are granted access to the sealed portions of the record on appeal, specifically Docket Nos. 2-15, 2-16, and 2-17 in Civil Action No. 22-4101, for the sole purpose of preparing their appellate briefs. Access to

1

the sealed documents is subject to strict adherence to the Protective Order of the Bankruptcy Court. The Parties are instructed to contact the Court's Case Manager to obtain the sealed documents.

    New Orleans, Louisiana this 14th day of February 2023.

                                                                    GREG GERARD GUIDRY
                                                                    UNITED STATES DISTRICT JUDGE