UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

CASE NO. 22-1740 c/w 22-4101

SECT. "T", JUDGE GUIDRY

MAG. DIV. 2, MAG. JUDGE CURRAULT

## ORDER

Considering the Ex Parte Motion for Leave of Court to File Consolidated Principal Appellant Brief and Consolidated Sealed Record Appendix Under Seal in Accordance With Protective Order and Sealing Orders (R. Doc. 80) filed by appellant Richard C. Trahant;

IT IS ORDERED that the Motion is GRANTED and that appellant be and hereby is granted leave to file unredacted versions of the "Consolidated Principal Brief on Behalf of Appellant Richard C. Trahant" (Rec. Doc.79) and "Appendix to Consolidated Principal Brief on Behalf of Richard C. Trahant, Volume 2 of 2: Sealed Record" (Rec. Doc. 79-2) under seal in accordance with the procedure established in LR 5.6, pending further order of the Court.

New Orleans, Louisiana this 27th day of February, 2023.

HON. GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE