UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | * * * * * * * | CASE NO. 22-1740 c/w 22-4101<br><br>SECT. "T", JUDGE GUIDRY<br><br>MAG. DIV. 2, MAG. JUDGE CURRAULT |
| (Bankruptcy No.: 20-10846) | * | |

# ORDER

Considering the "Ex Parte Motion for Leave of Court to File Consolidated Reply Brief Under Seal in Accordance With Protective Order and Sealing Orders" filed by appellant Richard C. Trahant (R. Doc. 84),

IT IS ORDERED that the Motion is GRANTED and that appellant is granted leave to file an unredacted version of the "Consolidated Reply Brief on Behalf of Appellant Richard C. Trahant" (Rec. Doc. 83) under seal in accordance with the procedure established in LR 5.6, pending further order of the Court.

New Orleans, Louisiana this 10th day of March, 2023.

_____
**HON. GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**