UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIVIL ACTION<br><br>NO: 22-1740 C/W<br>22-4101<br><br>SECTION: "T" (2)<br><br>REF: ALL CASES |

## NOTICE REGARDING ORAL ARGUMENT REQUEST

Request for oral argument has been filed **(R. Doc. 85)** by appellant, Richard C. Trahant, in conjunction with his appeal of a **Notice of Appeal from Bankruptcy Court (20-10846)** filed by same **(R. Doc. 1)**, and is scheduled for submission. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the requests. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

DEDRA D. PONGRACZ, FOR THE COURT
CASE MANAGER SECTION "T"
dedra_pongracz@laed.uscourts.gov