# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | * * * * * * | CASE NO. 22-1740 c/w 22-4101 SECT. "T", JUDGE GUIDRY |
| (Bankruptcy No. 20-10846) | * | MAG. DIV. , MAG. JUDGE CURRAULT |

## JUDGMENT

On March 27, 2023, the Court issued a Memorandum Opinion and Order (R. Doc. 88) affirming the Bankruptcy Court that Appellant, Richard C. Trahant, violated the court's Protective Order.

**ACCORDINGLY**,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered against Appellant, Richard C. Trahant, affirming the Order of the Bankruptcy Court.

New Orleans, Louisiana, this 28th day of March 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE