## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| * | |
| * | **CASE NO. 22-1740 c/w 22-4101** |
| **IN RE ROMAN CATHOLIC** * | |
| **CHURCH OF THE ARCHDIOCESE** * | **SECT. "T", JUDGE GUIDRY** |
| **OF NEW ORLEANS** * | |
| * | **MAG. DIV. 2, MAG. JUDGE** |
| * | **CURRAULT** |
| * | |

## MOTION FOR REHEARING
## ON BEHALF OF APPELLANT RICHARD C. TRAHANT

NOW INTO COURT, through undersigned counsel, comes appellant Richard

C. Trahant, who, pursuant to Fed. R. Bankr. P. 8022, respectfully moves the Court for

rehearing of the Court's Opinion dated March 27, 2023 (R. Doc. 88) and Judgment

dated March 28, 2023 (R. Doc. 89) affirming Orders of the Bankruptcy Court dated

June 7, 2022 (R1 Doc. 33-2 pp. 544-48) and October 11, 2022 (R2 Doc. 2-11 pp.

400-29) in these consolidated appeals, on the grounds that in deciding the appeals,

the Court has overlooked or misapprehended material matters of law or fact which,

had they been given consideration, would have brought about a different result, as

more fully set forth and explained in the attached memorandum in support, which

appellant hereby adopts and incorporates herein by reference.

WHEREFORE, appellant Richard C. Trahant respectfully prays that the Court

grant this motion for rehearing, reconsider the Court's March 27, 2023 Opinion (R.

Doc. 88) and March 28, 2023 Judgment (R. Doc. 89), and enter judgment reversing the Bankruptcy Court's June 7, 2022  (R1 Doc. 33-2 pp. 544-48) and October 11, 2022 (R2 Doc. 2-11 pp. 400-29) Orders.

**RESPECTFULLY SUBMITTED,**

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
**2908 Hessmer Avenue**
**Metairie, LA 70002**
**(504) 780-9891**
**trahant@trahantlawoffice.com**

**- and -**

**PAUL M. STERBCOW (#17817)**
**Lewis, Kullman, Sterbcow & Abramson**
**601 Poydras Street, Suite 2615**
**New Orleans, Louisiana 70130**
**(504) 588-1500**
**sterbcow@lksalaw.com**

**- and -**

*/s/ Jack E. Morris*

_____
**JACK E. MORRIS (La. Bar No. 22539)**
**JACK E. MORRIS, ATTORNEY AT LAW,**
       **LLC**
**4051 Veterans Boulevard, Suite 208**
**Metairie, Louisiana 70002**
**(504) 454-2769**
**jem@jemorrislaw.com**

***Attorneys for Appellant***
***Richard C. Trahant***

-2-