# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | * * * * * * * * | CASE NO. 22-1740 c/w 22-4101<br><br>SECT. "T", JUDGE GUIDRY<br><br>MAG. DIV. 2, MAG. JUDGE CURRAULT |

## NOTICE OF SUBMISSION
## OF MOTION FOR REHEARING
## ON BEHALF OF APPELLANT RICHARD C. TRAHANT

PLEASE TAKE NOTICE that appellant Richard C. Trahant, through undersigned counsel, hereby assigns his "Motion for Rehearing on Behalf of Appellant Richard C. Trahant" for submission to the Honorable Greg G. Guidry, District Judge, United States District Court for the Eastern District of Louisiana, at 500 Poydras Street, Room C552, New Orleans, Louisiana 70130, on the 26th day of April, 2023 at 10:00 a.m.

RESPECTFULLY SUBMITTED,

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
**2908 Hessmer Avenue**
**Metairie, LA 70002**
**(504) 780-9891**
**trahant@trahantlawoffice.com**

- and -

**PAUL M. STERBCOW (#17817)**
**Lewis, Kullman, Sterbcow & Abramson**
**601 Poydras Street, Suite 2615**
**New Orleans, Louisiana 70130**
**(504) 588-1500**
**sterbcow@lksalaw.com**

**- and -**

*/s/ Jack E. Morris*

_____
**JACK E. MORRIS (La. Bar No. 22539)**
**JACK E. MORRIS, ATTORNEY AT LAW,**
    **LLC**
**4051 Veterans Boulevard, Suite 208**
**Metairie, Louisiana 70002**
**(504) 454-2769**
**jem@jemorrislaw.com**

*Attorneys for Appellant*
*Richard C. Trahant*