UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIVIL ACTION NO: 22-1740 c/w 22-4101 |
| (Bankruptcy No. 20-10846) | SECTION: T (2) |

## ORDER

**IT IS ORDERED** that a Status Conference in this matter will be held by telephone on **April 13, 2023, at 3:00 p.m.** Counsel are to participate by calling 877-873-8018, access code 6487932.

New Orleans, Louisiana this 13th day of April 2023.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE