MINUTE ENTRY
GUIDRY, J.
April 13, 2023

JS10 -  00:06

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  ROMAN CATHOLIC                    CIVIL ACTION
CHURCH OF THE ARCHDIOCESES
OF NEW ORLEANS                            NO: 22-1740 c/w
                                             22-4101

                                          SECTION: "T" (2)

### TELEPHONIC STATUS CONFERENCE

COURTROOM DEPUTY:  Dedra D. Pongracz
COURT REPORTER:  Nichelle Wheeler

APPEARANCES:      Jack Edward Morris for Richard C. Trahant
                  Samantha Oppenheim and Mark A. Mintz for
                       Roman Catholic Church of the Archdiocese of New Orleans
                  Omer Frederick Kuebel, III for Official Committee of Unsecured
                       Creditors
                  Amanda Burnette George for U.S. Trustee

Call begins at 3:05 p.m.

The Court made a statement to the parties.

Call concluded at 3:11 p.m.