MINUTE ENTRY
GUIDRY, J.
April 21, 2023

JS10 - 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESES OF NEW ORLEANS | CIVIL ACTION<br><br>NO: 22-1740 c/w<br>         22-4101<br><br>SECTION: "T" (2)<br>REF: ALL CASES |

**TELEPHONIC STATUS CONFERENCE**

COURTROOM DEPUTY:  Dedra D. Pongracz
COURT REPORTER:  Nichelle Wheeler

APPEARANCES:     Jack Edward Morris for Richard C. Trahant
                 Samantha Oppenheim and Mark A. Mintz for
                        Roman Catholic Church of the Archdiocese of New Orleans
                 Omer Frederick Kuebel, III and Bradley Clay Knapp for Official
                        Committee of Unsecured Creditors
                 Amanda Burnette George for U.S. Trustee

Call begins at 10:11 a.m.

The Court made a statement to the parties.

Call concluded at 10:16 a.m.