UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE ROMAN CATHOLIC                                    CIVIL ACTION
CHURCH OF THE ARCHDIOCESE
OF NEW ORLEANS                                          NO: 22-1740 c/w 22-4101

(Bankruptcy No. 20-10846)                               SECTION: T(2)

**ORDER**

    I do not believe disqualification pursuant to 28 U.S.C. §455 is mandated, and no party has

filed a motion to disqualify me pursuant to 28 U.S.C. § 144; however, balancing my duty to decide

the case with my duty to consider self-recusal if appropriate, I have decided to recuse myself from

this matter in order to avoid any possible appearance of personal bias or prejudice.

    New Orleans, Louisiana this 28th day of April, 2023.

REALLOTTED TO
**SECT. B**
April 28, 2023

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE